UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

**SETH C. BLACK,**

      **Plaintiff,**

v.                                        Case No. 6:22-cv-1355-CEM-DAB

**CHUCK'S LAWN SERVICE & LANDSCAPING, INC, HOWARD GARRISON, and MICHELLE GARRISON,**

      **Defendants.**

                                     /

**ORDER**

THIS CAUSE is before the Court on the Joint Motion for Entry of Order Approving Settlement (Doc. 11). The United States Magistrate Judge issued a Report and Recommendation (Doc. 12), recommending that the Motion be granted. (*Id.* at 9).

After review in accordance with 28 U.S.C. § 636(b)(1) and Federal Rule of Civil Procedure 72, and noting that no objections were timely filed, the Magistrate Judge's recommended disposition is accepted. Accordingly, it is **ORDERED** and **ADJUDGED** as follows:

1. The Report and Recommendation (Doc. 12) is **ADOPTED** and made a part of this Order.

2. The Joint Motion for Entry of Order Approving Settlement (Doc. 11) is **GRANTED**.

   a. The Settlement Agreement and Release of FLSA Claims (Doc. 11-1) is **APPROVED**.

3. This case is **DISMISSED with prejudice**.

4. The Clerk is directed to close this case.

**DONE** and **ORDERED** in Orlando, Florida on September 19, 2022.



CARLOS E. MENDOZA
UNITED STATES DISTRICT JUDGE

Copies furnished to:

Counsel of Record